### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

JEROME ROYSTER,

        Petitioner,

                                 **CASE NO. 2:16-CV-1174**

    v.                            **JUDGE GEORGE C. SMITH**

                                   **MAGISTRATE JUDGE KEMP**

ANDRE IMBROGNO, *et al.*,

        Respondents.

### OPINION AND ORDER

On January 30, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that Petitioner's *Motion for Temporary Restraining Order* (ECF No. 2) be denied.  (ECF No. 12).  Petitioner has filed an *Objection* to the Magistrate Judge's *Report and Recommendation.*  (ECF No. 13).

Petitioner objects to the Magistrate Judge's denial of his *Motion for Temporary Restraining Order*.  Petitioner argues that the Magistrate improperly addressed his motion and should not have considered, in determining whether to grant the *Motion for Temporary Restraining Order*, Petitioner's likelihood of success.

Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review.  For the reasons addressed in the Magistrate Judge's *Report and Recommendation*, this Court likewise concludes that that Petitioner has failed to establish that issuance of a temporary restraining order is appropriate.  Petitioner's *Objection* (ECF No. 13) is **OVERRULED**.  The *Report and Recommendation* (ECF No. 12) is **ADOPTED** and **AFFIRMED**.

The *Motion for Temporary Restraining Order* (ECF No. 2) is **DENIED.**

**IT IS SO ORDERED.**

        *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**