**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JEROME ROYSTER,**

    **Petitioner,**

    v.

**ANDRE IMBROGNO,** *et al.,*

    **Respondents.**

**CASE NO. 2:16-CV-1174
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KEMP**

## OPINION AND ORDER

On April 14, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (Doc. 16.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (Doc. 16) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

    *s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**